AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
By JKing1 at 2:17 pm, Jun 27, 2024

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>TYLEAH LARAE DAVIS<br>5223 SHASTA AVENUE<br>DAYTON, OH<br><br>*Defendant* | )<br>)<br>)   Case No.   6:24-CR-30-CHB-04<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **TYLEAH LARAE DAVIS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES

21:841(a)(1) & 18:2 - DISTRIBUTION OF CONTROLLED SUBSTANCES (2 COUNTS)

Date:   06/27/2024

*Issuing officer's signature*

City and state:   London, Kentucky

Robert R. Carr by A. Ramsey, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*